IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PETER J. SMITH, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:23cv191-MHT |
| | ) | (WO) |
| ADRIAN, both as an | ) | |
| individual and as an | ) | |
| employee of Circle K Inc., | ) | |
| | ) | |
|     Defendant. | ) | |

## OPINION

Plaintiff filed this lawsuit asserting race and gender discrimination and a variety of other claims, all stemming from an incident in which he was banned from shopping at a Circle K store.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of July, 2023.

                                               /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**